1 | JOHN H. BRINK BAR NO. 28018
2 | KATHRYN E. VAN HOUTEN BAR NO. 143402
  | IRSFELD, IRSFELD & YOUNGER LLP
  | 100 W. Broadway, Ste. 900
3 | Glendale, CA 91210
  | Telephone: (818) 242-6859
4 | Facsimile: (818) 240-7728

5 | Attorneys for Plaintiff

8 | UNITED STATES DISTRICT COURT
9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA
10 | WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CV-04346 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| KELLY TURNER, AKA KELLY M. TURNER, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, KELLY TURNER, AKA KELLY M. TURNER, in the total amount of $4,304.31.

Dated: 7/17/14

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: *[signature]* Deputy Clerk